**Below is the Judgment of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>TERRENCE BARR,<br><br>              Debtor.<br><br>EDMUND J. WOOD, Trustee of the Estate of Terrence Barr,<br><br>              Plaintiff,<br><br>vs.<br><br>JEFFREY WICKLAND,<br><br>              Defendant. | No. 14-17983<br><br><br><br><br>Adv. No. 14-01469<br><br>*EX PARTE* ORDER ON MOTION FOR DEFAULT JUDGMENT |

    THIS MATTER having come on before the Honorable Marc L. Barreca of the above entitled Court upon the Plaintiff's Motion for entry of Default Judgment, the Court being advised in the premises therefore, and having reviewed the Declaration of the Plaintiff in support of such Motion, the Defendant previously having been found in default pursuant to Bankruptcy Rule

*EX PARTE* ORDER ON MOTION FOR DEFAULT JUDGMENT - 1

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 620
Seattle, WA 98101
(206) 682-5002

**Below is the Judgment of the Court.**

1  7055, now therefore

2    IT IS HEREBY ORDERED that Plaintiff shall be and is hereby authorized to market and sell the estate's and co-owner Defendant's interest in the properties located at 6710 Flora Ave S, Seattle, WA (King County APN 3468800190) and 6637 Flora Ave S, Seattle, WA (King County APN 2734100865) (hereinafter referred to as "the Properties").

    IT IS FURTHER ORDERED pursuant to Article 3, paragraph 3.2, of The Pacifican Revocable Trust, and RCW 11.98 *et seq*, Plaintiff shall be and is hereby authorized to revoke The Pacifican Revocable Trust and liquidate its assets, including the Properties above referenced.

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Plaintiff
C:\Shared\KAE\Dox\Barr\cmp\Default_judgment_ord.wpd

*EX PARTE* **ORDER ON MOTION FOR DEFAULT JUDGMENT - 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 620
Seattle, WA 98101
(206) 682-5002